UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Ronald Eddy

    v.                          Civil No. 09-cv-116-JD

Michael Schofield


**O R D E R**

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $8.60 is due no later than May 6, 2009.  In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid.  Failure to pay the fee as ordered will result in dismissal of the action without prejudice.  In all other respects plaintiff's request for in forma pauperis has been granted.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: April 7, 2009

cc:   Ronald Eddy, pro se
      Bonnie S. Reed, Financial Administrator
      NH State Prison for Men, Inmate Accounts