```
          UNITED STATES DISTRICT COURT FOR THE
                DISTRICT OF NEW HAMPSHIRE
```

Ronald Eddy

    v.                                Civil No. 09-cv-116-JD

Michael Schofield

## O R D E R

Ronald Eddy has failed to pay the partial initial filing fee within the time allowed.  See Order, July 22, 2009.  He was warned that failure to pay the fee on or before August 13, 2009, would result in dismissal of his case without prejudice.  Id. Due to his failure to pay the fee, the case is dismissed without prejudice.  The pending motion, document no. 6, is terminated.

The clerk of court shall enter judgment accordingly and close the case.

SO ORDERED.

                                               Joseph A. DiClerico, Jr.
                                               United States District Judge

August 18, 2009

cc:  Ronald Eddy, pro se